HENRY M. PROPPER, as Temporary Receiver of the Property and Assets within the State of New York of STAATLICH GENEHMIGTE GESELLSCHAFT DER AUTOREN, KOMPONISTEN UND MUSIKVERLEGER, Commonly Known as A. K. M., Respondent, v. GENE BUCK, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association of More Than Seven Members, Commonly Known as ASCAP, Appellant.— Order unanimously affirmed, with

twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.